**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANGEL GARRISON-GRIFFIS,

    Plaintiff,

v.                                                   Case No. 3:18-cv-381-J-32JRK

GORDON SMITH, Sheriff of
Bradford county, DEPUTY
WILLIAM MURRAY, DETECTIVE
SGT. BENNETT, INVESTIGATOR
RICHARD CREWS, and DEPUTY
WALLACE,

    Defendants.

---

## **O R D E R**

On April 10, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 54) recommending that this case be dismissed for failure to prosecute and any pending motions, including the Defendants' Motion for Sanctions (Doc. 53) be found moot. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 54), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 54) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to prosecute.

3. Defendants' Motion for Sanctions (Doc. 53) is **MOOT**.

4. The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 6th day of May, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record

<u>Pro se</u> Plaintiff